# Order

**Lansing, Michigan**

January 29, 2007

130835

HEIDELBERG BUILDING, L.L.C., on its own
behalf and on behalf of all others similarly
situated,
     Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130835
COA: 264038
Court of Claims: 04-000243-MM

On order of the Court, the application for leave to appeal the February 21, 2006
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

t0122

Clerk